**62 P.(2d) 1150**

STATE of New Mexico, Appellee, v. Herbert P. JOYCE, Appellant.

No. 4263.

Supreme Court of New Mexico.

Nov. 10, 1936.

W. A. Dunn and Askren & Watson, all of Roswell, for appellant.

Quincy D. Adams, Asst. Atty. Gen., for the State.

PER CURIAM.

This is an appeal from a judgment and sentence pronounced upon a plea of guilty entered by appellant to the charge of operating a motor vehicle on the highways of this State while under the influence of intoxicating liquor. The same points are urged in the present case as were decided in State v. Bogart, 41 N.M. 1, 62 P. (2d) 1149, and upon the authority of that case the judgment in this case should be affirmed and the cause remanded to the district court, and it is so ordered.